IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00436-WDM

UNTIED STATES OF AMERICA,

       Plaintiff,

v.

BEAUX SINES,

       Defendant.

---

**ORDER GRANTING DECREASE OF OFFENSE LEVEL and MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT**

---

The Court having considered the motion by the United States of America moving for a three point reduction in Defendant's sentencing guideline offense level pursuant to U.S.S.G. § 3E1.1(b) and dismissing the original Indictment and Superseding Indictment pursuant to the parties' plea agreement, on the grounds that Defendant has plead guilty to Count 1 of the Information filed on April 6, 2007,

It is hereby ORDERED that said motion is GRANTED.

So ORDERED, this 14th day of December, 2007.

                                        Walker D. Miller
                                        United States District Judge